UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

IN RE MDL 1720 DAMAGES CLASS
SETTLEMENT DISPUTE
CONFLICT ID NUMBERS:


261129 (BUFFETS LEASING CO. LLC),                          1:26-MC-02391-BMC-JAM
261130 (HOMETOWN LEASING CO. LLC),
261136 (HOMETOWN BUFFET, INC.),                            FULL CAPTION
261137 (OCB LEASING CO. LLC),
261139 (BUFFETS FRANCHISE HOLDINGS, LLC),
261141 (RYAN'S REST. MGMT. GRP., LLC),
261143 (OCB PURCHASING CO.),
261144 (DISTINCTIVE DINING, INC.),
261147 (FIRE MTN. LEASING CO., LLC),
261148 (FIRE MTN. MGMT. GRP., LLC),
261149 (BUFFETS HOLDINGS, INC.),
261150 (TAHOE JOE'S LEASING CO. INC.),
261151 (BIG R PROCUREMENT CO., LLC),
261152 (BUFFETS REST. HOLDINGS, INC.),
261153 (RYAN'S REST. LEASING CO. LLC),
261199 (RYAN'S REST. GRP., LLC),
261263 (TAHOE JOE'S, INC.),
261290 (OCB REST. CO., INC.),
261307 (FIRE MTN. RESTAURANTS LLC), and
261449 (BUFFETS, INC.).

---------------------------------------------------------------------------X