UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MDL 1720 DAMAGES CLASS SETTLEMENT DISPUTES | 1:24-mc-03415-BMC-JAM |
| IN RE MDL 1720 DAMAGES CLASS SETTLEMENT DISPUTE CONFLICT ID NUMBERS: 261129 (BUFFETS LEASING Co. LLC), 261130 (HOMETOWN LEASING CO. LLC), 261136 (HOMETOWN BUFFET, INC.), 261137 (OCB LEASING CO. LLC), 261139 (BUFFETS FRANCHISE HOLDINGS, LLC), 261141 (RYAN'S REST. MGMT. GRP., LLC), 261143 (OCB PURCHASING CO.), 261144 (DISTINCTIVE DINING, INC.), 261147 (FIRE MTN. LEASING CO., LLC), 261148 (FIRE MTN. MGMT. GRP., LLC), 261149 (BUFFETS HOLDINGS, INC.), 261150 (TAHOE JOE'S LEASING CO. INC.), 261151 (BIG R PROCUREMENT CO., LLC), 261152 (BUFFETS REST. HOLDINGS, INC.), 261153 (RYAN'S REST. LEASING CO. LLC), 261199 (RYAN'S REST. GRP., LLC), 261263 (TAHOE JOE'S, INC.), 261290 (OCB REST. CO., INC.), 261307 (FIRE MTN. RESTAURANTS LLC), and 261449 (BUFFETS, INC.). | 1:26-mc-02391-BMC-JAM  **DECLARATION OF JEFFREY CHUBAK**  Re: ECF #2 |

I, Jeffrey Chubak hereby affirm:

1.      I am a member of Amini LLC, counsel for claimant Oak Point Partners LLC and submit this declaration in support of its FRCP 53(f) objection to the Report and Recommendation of Special Master.

2.      Attached hereto as exhibits are true and correct copies of the following-described documents:

| Exhibit | Document Description |
|---|---|
| | Transaction Documents |
| 1 | 07/02/2013 Cascade APA |
| 2 | 07/02/2013 Authorization to Obtain Transactional Data Plus 2 Additional Pages |
| 3 | 05/15/2026 Email from Blue Sturgeon Holdings Counsel to Special Master |

| Exhibit | Document Description |
|---------|---------------------|
| 4 | 09/04/2016 Oak Point Partners APA with Litigation Trust (2012 Bankr.) |
| 5 | 03/29/2922 Oak Point Partners APA with Unsecured Creditors Trust (2016 Bankr.) |
| 6 | 03/22/2022 Oak Point Partners APA with Liquidating Trust (2021 Bankr.) |
| Corporate Documents of Entities in Objection Exhibit B | |
| 7 | Del. Secretary of State Status & Filing History Big R Procurement Company LLC |
| 8 | Texas Secretary of State Public Information Report Hometown Buffet Inc. |
| 9 | 2006 Certification of Dissolution Distinctive Dining Inc. |
| 10 | 2009 Merger Certificate Fire Mountain Management Group LLC |
| 11 | 2009 Merger Certificate Ryan's Restaurant Management Group LLC |
| Bankruptcy Court Filings | |
| 12 | 2012 First Day Declaration, ECF #5 |
| 13 | 2012 First Day Declaration Exh. A—Corporate Org Chart, ECF #5-1 |
| 14 | 2012 Plan, ECF #743-1 |
| 15 | 2012 Confirmation Order, ECF #743 |
| 16 | 2012 Plan Effective Date Notice, ECF #806 |
| 17 | 2016 First Day Declaration, ECF #23 |
| 18 | 2016 Plan, ECF #2573 |
| 19 | 2016 Plan Supplement, ECF #2661 |
| 20 | 2016 Plan Supplement Exh. C—Unsecured Creditors Trust Agreement, ECF #2661-3 |
| 21 | 2016 Plan Supplement Exh. E—Trust Causes of Action, ECF #2661-5 |
| 22 | 2016 Plan Supplement Exh. K—List of Excluded Causes of Action, ECF #2661-11 |
| 23 | 2016 Confirmation Order, ECF #2576 |
| 24 | 2016 Plan Effective Date Notice, ECF #2630 |
| 25 | 2021 Plan, ECF #498 |
| 26 | 2021 Confirmation Order, ECF #586 |
| 27 | 2021 Plan Effective Date Notice, ECF #589 |

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed July 1, 2026.

/s/ Jeffrey Chubak