

## AUTHORIZATION TO OBTAIN TRANSACTIONAL DATA

This Authorization to Obtain Transactional Data ("Authorization") is made on July 2, 2013 between Buffets, Inc. ("Client"), a Minnesota corporation, and Cascade Settlement Services, LLC ("Cascade"), a Delaware limited liability company.

Subject to the Amended Recovery Services Agreement attached as Exhibit C to the Asset Purchase Agreement, Client has assigned to Cascade all rights to any settlement arising from In re: Payment Card Interchange Fee and Merchant-Discount Antitrust Litigation (Case Number 1:05-md-01720-JG-JO).

As used in this Authorization, (a) the term "Transactional Data" means data from or related to credit card or debit card transactions in which Client received payment for goods sold or services provided, and (b) the term "Processors" means Clients' acquiring banks, credit card processors, any other entity involved in processing or recording credit card or debit card transactions, and any third party holding or possessing any or all of Client's Transactional Data.

Client hereby directs and authorizes all Processors to release and provide to Cascade any and all Transactional Data. Client hereby authorizes Cascade to request, demand, obtain and receive from any source all of Client's Transactional Data, including, but not limited to, the merchant identification information listed on and attached hereto as Schedule A, Schedule B and Schedule C.

The undersigned has executed this Authorization as of the date set forth above.

Client: Buffets, Inc.

By: _____

Name: PAUL HOLOUNIA

Title: VP FINANCE / ASST. SEC.

Cascade acknowledges receipt of this Authorization.

Cascade Settlement Services, LLC

By: _____

Name: Bryan Waters

Title: Chief Executive Officer

## Schedule B

List all affiliated corporate names, subsidiaries f/k/a names and tax IDs (EINs) that comprise the company listed in the Notice of Assignment. Otherwise, please specify why the information is unavailable.

| Corporation or Subsidiary Names | Formerly-Known-As… (f/k/a, past 8 years if applicable) | EINs | Notes (if applicable) |
|---|---|---|---|
| Ryan's Restaurant Group, LLC | RYAN'S RESTAURANT GROUP, INC. | 57-0657895 | |
| BUFFETS, INC. | | 41-1462294 | |
| TAHOE JOE'S, INC. | | 91-1957129 | |
| BUFFETS RESTAURANTS  HOLDINGS INC. | | 20-3999569 | |
| RYAN'S RESTAURANT  MANAGEMENT  GROUP | | 20-5876739 | |
| Fire MOUNTAIN MANAGEMENT GROUP, LLC | | 20-5877299 | |
| RYAN'S RESTAURANT LEASING COMPANY, LLC, | | 20-5877405 | |
| FIRE MOUNTAIN LEASING COMPANY LLC | | 20-5877452 | |
| BUFFETS HOLDINGS, INC., | | 22-3754018 | |
| HOMETOWN BUFFET, INC., | | 33-0463002 | |
| BUFFETS FRANCHISE HOLDINGS, LLC., | | 33-1158749 | |
| OCB RESTAURANT COMPANY  LLC | OCB Restaurant Co. | 41-1777607 | |
| OCB Purchasing Co | | 41-1777610 | |
| BUFFETS LEASING COMPANY  LLC | | 42-1638138 | |
| HOMETOWN LEASING COMPANY   LLC | | 42-1638142 | |
| TAHOE JOE'S LEASING COMPANY, LLC, | | 42-1638145 | |
| OCB LEASING COMPANY   LLC | | 42-1638147 | |
| BIG R PROCUREMENT COMPANY, LLC | | 56-2175198 | |
| FIRE MOUNTAIN RESTAURANTS LLC | Fire Mountain Restaurants Inc | 57-0968003 | |
| Distinctive Dining, Inc. | | 41-1923069 | |

## Schedule C

List all DBA names for the corporation and its subsidiaries listed in the Notice of Assignment, and its affiliated entities and subsidiaries. Otherwise, please specify why the information is unavailable.

| DBAs | Formerly-Known-As… (f/k/a, past 8 years if applicable) | Franchise Relationships (if applicable, Franchisee or Franchisor with explanation) | Notes (if applicable) |
|---|---|---|---|
| Old Country Buffet | | | |
| Country Buffet | | | |
| Ryan's Family Steakhouse | | | |
| Hometown Buffet | | | |
| Ryan's | | | |
| Fire Mountain | | | |
| Tahoe Joe's Famous Steakhouse | | | |
| Granny's Buffet | | | |
| Soup 'N Salad | | | |
| Country Roadhouse Buffet & Grill | | | |
| Restuarants, Inc. | | Franchisee | |
| Restaurants, Inc | | Franchisee | |
| OCB, Inc. | | | |
| OCB | | | |
| HTB | | | |
| Ryan's | | | |
| CB | | | |
| GRB | | | |
| THJ | | | |
| CALEXICO GIFT CARDS | | | |
| RYANS | | | |
| FIRE MTN | | | |
| RYAN | | | |
| RYAN'S CORP | | | |
| FMTN | | | |
| MKTING GRP - FUNDRAISING | | | |
| BUFFETS INCOMM | | | |
| BUFFETS BLACKHAWK | | | |
| JJ North's Grand Buffet | | | |