Case 1:26-mc-02391-BMC-JAM    Document 3-4    Filed 07/01/26    Page 1 of 3 PageID #: 94

 Outlook

## FW: Claimant Blue Sturgeon Holdings LLC's Statement re Buffets, Inc., and Related Entity Claims

From

Date

To

📎 1 attachment (245 KB)
Cascade-Buffet list.pdf;

---

**From:** Will, Blair <bwill@clarkhill.com >
**Sent:** Friday, May 15, 2026 3:25 PM
**To:** James Orenstein <JOrenstein@jamsadr.com >; San Juan, Maria <msanjuan@clarkhill.com >
**Cc:** Anikstein, Max <manikstein@clarkhill.com >; Davis, Nancy <ndavis@clarkhill.com >; Grace Chiaravalli <GChiaravalli@JAMSADR.com >; Janice Alwin <janice@oakpointpartners.com >; Sam Kent <skent@oakpointpartners.com >; 'analyst@claimscompensation.com' <analyst@claimscompensation.com >; David Westrup <david.westrup@vonbriesen.com >; Bill D. Gardner <william.gardner@vonbriesen.com >; rhea.geschke@vonbriesen.com
**Subject:** RE: Claimant Blue Sturgeon Holdings LLC's Statement re Buffets, Inc., and Related Entity Claims

Good Afternoon Judge Orenstein,

The attached document, entitled "Authorization to Obtain Transactional Data," was inadvertently left off the Exhibits to Blue Sturgeon Holdings LLC's letter yesterday.   I apologize for the oversight.

This document was provided to BSH by Cascade when BSH purchased the Buffets Claims from Cascade.   It is relevant to resolution of the present Conflict because Schedule B lists the EINs for all the entities that Buffets included in the sale.  The list is more extensive than just the Buffets, Inc. claim.

Best regards,

Case 1:26-mc-02391-BMC-JAM Document 3-4 Filed 07/01/26 Page 2 of 3 PageID # 95

Blair

### Blair Will

Senior Counsel

### Clark Hill LLP

505 Montgomery St, 13 th floor San Francisco, CA 94111

+1 415.984.8520 (office) | +1 415.984.8599 (fax)

bwill@clarkhill.com | www.clarkhill.com

---

**From:** James Orenstein <JOrenstein@jamsadr.com>
**Sent:** Friday, May 15, 2026 5:28 AM
**To:** San Juan, Maria <msanjuan@clarkhill.com>
**Cc:** Will, Blair <bwill@clarkhill.com>; Anikstein, Max <manikstein@clarkhill.com>; Davis, Nancy <ndavis@clarkhill.com>; Grace Chiaravalli <GChiaravalli@JAMSADR.com>; 'janice@oakpointpartners.com' <janice@oakpointpartners.com>; 'skent@oakpointpartners.com' <skent@oakpointpartners.com>; 'analyst@claimscompensation.com' <analyst@claimscompensation.com>; David Westrup <david.westrup@vonbriesen.com>; Bill D. Gardner <william.gardner@vonbriesen.com>; rhea.geschke@vonbriesen.com
**Subject:** Re: Claimant Blue Sturgeon Holdings LLC's Statement re Buffets, Inc., and Related Entity Claims

> EXTERNAL EMAIL: The sender ( JOrenstein@jamsadr.com) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

Received, thank you.

Best,

Jamie Orenstein



**James Orenstein**

Mediator, Arbitrator, Special Master

P: 212-751-2700

jorenstein@jamsadr.com

620 Eighth Avenue, 34 th Floor

New York, NY 10018

www.jamsadr.com



*For complex mediation, the choice is simple. JAMS offers*

*a respected panel of highly experienced mediators, who*

*resolve even the most challenging disputes.* **Learn more** *.*

---

**From:** San Juan, Maria <msanjuan@clarkhill.com>
**Sent:** Thursday, May 14, 2026 7:38 PM
**To:** James Orenstein <jorenstein@jamsadr.com>
**Cc:** Will, Blair <bwill@clarkhill.com>; Anikstein, Max <manikstein@clarkhill.com>; Davis, Nancy <ndavis@clarkhill.com>; San Juan, Maria <msanjuan@clarkhill.com>; Grace Chiaravalli <GChiaravalli@JAMSADR.com>; 'janice@oakpointpartners.com' <janice@oakpointpartners.com>; 'skent@oakpointpartners.com' <skent@oakpointpartners.com>; 'analyst@claimscompensation.com' <analyst@claimscompensation.com>; David Westrup <david.westrup@vonbriesen.com>; Bill D. Gardner <william.gardner@vonbriesen.com>; rhea.geschke@vonbriesen.com<rhea.geschke@vonbriesen.com>
**Subject:** Claimant Blue Sturgeon Holdings LLC's Statement re Buffets, Inc., and Related Entity Claims

**Caution:** This email originated from outside JAMS. Do not click on links, scan QR codes, or open attachments unless you recognize the sender and know the content is safe.

Dear Judge Orenstein,

Please see the attached letter regarding the above-referenced subject emailed on behalf of our client, Blue Sturgeon Holdings LLC.

Sincerely,

**Maria T. San Juan**

Legal Administrative Assistant

**Clark Hill LLP**

505 Montgomery St, 13 th Floor, San Francisco, CA 94111

+1 415.984.8502 (office) | +1 415.984.8599 (fax)

msanjuan@clarkhill.com | www.clarkhill.com