Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

Entity Details

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS**

**Status Retrieved:** 06/30/2026 at 1:14 PM EST

Email Status

| File Number: | 3151362 | Incorporation Date / Formation Date: | 12/29/1999 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **BIG R PROCUREMENT COMPANY, LLC** | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | **Merged** | Status as of: | **4/23/2009** |

**TAX INFORMATION**

| Last Annual Report Filed: | 0 | Tax Due: | $ 250 |
|---|---|---|---|
| Annual Tax Assessment: | $ 250 | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY |
|---|---|
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Merger; Non-Survivor [Non-Survivor] [Survivor Name] RYAN'S RESTAURANT GROUP, INC. | 6 | 4/22/2009 | 1:04 PM | 4/23/2009 |
| 2 | Amendment 9216365 | 1 | 11/26/2008 | 5:44 PM | 11/26/2008 |
| 3 | Amendment 9000010 | 1 | 11/29/2000 | 9:00 AM | 11/29/2000 |
| 4 | LLC | 1 | 12/29/1999 | 10:00 AM | 12/29/1999 |

Back to Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov