**EXHIBIT K**
**List of the Excluded Causes of Actions**

{41196211;1}

# Buffets, LLC et. al
**United States Bankruptcy Court for the Western District of Texas, San Antonio Division**
**Case no. 16-50557**

Amended Exhibit K to Plan Supplement

*Schedule of Causes of Action Excluded from Trust Causes of Action:*

All Claims or Causes of Action, including but not limited to avoidance actions under Chapter 5 of the Bankruptcy Code against the persons and entities named below are excluded from the Schedule of Trust Causes of Action

| Number | Transferee |
|---|---|
| 1 | BASSHAM FOODS |
| 2 | BAY AREA BEVERAGE |
| 3 | BIMBO BAKERIES USA |
| 4 | BIMBO BAKERIES USA INC |
| 5 | BIMBO FOODS INC |
| 6 | BIX PRODUCE CO |
| 7 | BROTHERS PRODUCE |
| 8 | CADILLAC COFFEE CO |
| 9 | CENTRAL ILLINOIS PRODUCE |
| 10 | CHALLENGE DAIRY PRODUCTS |
| 11 | COASTAL SUNBELT PRODUCE CO |
| 12 | COCA COLA BOTTLING CO CONSOLID |
| 13 | COCA COLA NORTH AMERICA |
| 14 | CROOK BROTHERS |
| 15 | DAYLIGHT FOODS INC |
| 16 | DAYLIGHT PRODUCE COMPANY |
| 17 | DBI BEVERAGE |
| 18 | DIXIE PRODUCE INC |
| 19 | DUCK DELIVERY PRODUCE INC |
| 20 | DYKEMA COX SMITH |
| 21 | DYKEMA GOSSETT |
| 22 | DYNAMIC FOODS |
| 23 | ECOLAB |
| 24 | ECOLAB EQUIPMENT CARE |
| 25 | ECOLAB FOOD SAFETY SPECIALTIES |
| 26 | EDWARD DON & CO |
| 27 | FOOD SERVICES OF AMERICA |
| 28 | FRESHPACK PRODUCE INC |
| 29 | FRESHPOINT CENTRAL CALIFORNIA |
| 30 | FRESHPOINT SOUTHERN CALIFORNIA |
| 31 | GARDEN WHOLESALE INC |
| 32 | GET FRESH PRODUCE INC |
| 33 | GRAND AVENUE PRODUCE CO INC |
| 34 | GULF COAST PRODUCE DISTRIBUTOR |
| 35 | HALLER ENTERPRISES INC |
| 36 | ICEE COMPANY |
| 37 | J AMBROGI FOOD DISTRIBUTION INC |
| 38 | JH HONEYCUTT & SONS INC |
| 39 | KATSIROUBAS PRODUCE |
| 40 | KEANY PRODUCE CO |
| 41 | LA GRASSO BROS INC |
| 42 | LIBERTY FRUIT COMPANY INC |
| 43 | MCCARTNEY PRODUCE |
| 44 | MEADOW GOLD DAIRY |

# Buffets, LLC et. al

**United States Bankruptcy Court for the Western District of Texas, San Antonio Division**
**Case no. 16-50557**

Amended Exhibit K to Plan Supplement

*Schedule of Causes of Action Excluded from Trust Causes of Action:*

All Claims or Causes of Action, including but not limited to avoidance actions under Chapter 5 of the Bankruptcy Code against the persons and entities named below are excluded from the Schedule of Trust Causes of Action

| Number | Transferee |
| --- | --- |
| 45 | MENTO PRODUCE |
| 46 | MUZAK LLC |
| 47 | NCR CORP |
| 48 | NUCO2 INC |
| 49 | PAPPY'S FINE FOODS |
| 50 | PHOENIX WHOLESALE FOOD SERVICE |
| 51 | POCONO PROFOODS |
| 52 | PROTECTION ONE |
| 53 | QUALITY FRUIT & VEGETABLE CO |
| 54 | REPUBLIC SERVICES |
| 55 | ROYAL CUP AFFILIATES |
| 56 | ROYAL CUP INC |
| 57 | SALADINO'S INC |
| 58 | SALADINO'S ONTARIO |
| 59 | SALADINO'S WEST SACRAMENTO |
| 60 | SANTA MARIA WHOLESALE PRODUCE |
| 61 | SANTA MONICA SEAFOOD COMPANY |
| 62 | SENN BROS PRODUCE INC |
| 63 | SGC FOODSERVICE |
| 64 | SHOES FOR CREWS INC |
| 65 | SIERRA SEAFOOD SPECIALTIES |
| 66 | SIRNA & SONS MAINLINE PRODUCE |
| 67 | SPRING VALLEY DAIRY |
| 68 | SUNRISE FRESH PRODUCE LLC |
| 69 | SYSCO |
| 70 | SYSCO CENTRAL CA |
| 71 | SYSCO CENTRAL CALIFORNIA |
| 72 | SYSCO FOOD SERVICE |
| 73 | SYSCO KNOXVILLE LLC |
| 74 | SYSCO RIVERSIDE INC |
| 75 | TAYLOR BOYS PRODUCE INC |
| 76 | THE GARDEN |
| 77 | UNION PRODUCE |
| 78 | UNITED PRODUCE CO INC |
| 79 | UPPER LAKES FOODS INC |
| 80 | US FOODS INC |
| 81 | VAN EERDEN DISTRIBUTION CO |
| 82 | WASSERSTROM |
| 83 | YOUNGS MARKET CO LLC |