Carolyn J. Johnsen
Texas Bar No. 19844600
William L. Novotny (admitted pro hac vice)
Arizona Bar. No. 4239
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona  85004
Telephone:  (602) 285-5000
Facsimile:    (844) 670-6009
cjjohnsen@dickinsonwright.com
wnovotny@dickinsonwright.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:

FRESH ACQUISITIONS, LLC, *et al.*,[1]     §     Case No. 21-30721 (SGJ)
                                          §     Chapter 11
                        Debtors.          §     (Jointly Administered)

_____

**NOTICE OF ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I)**
**APPROVING DISCLOSURE STATEMENT ON A FINAL BASIS AND (II) CONFIRMING**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT**
**CHAPTER 11 PLAN OF LIQUIDATION**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES-IN**
**INTEREST:**

---

[1] The Debtors in these Chapter 11 cases ("Debtors") and the last four digits of each Debtor's Taxpayer Identification Number are as follows: Alamo Fresh Payroll, LLC (1590); Fresh Acquisitions, LLC (2795); Alamo Ovation, LLC (9002); Buffets LLC (2294); Hometown Buffet, Inc. (3002); Tahoe Joe's Inc. (7129); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); Food Management Partners, Inc. (7374); FMP SA Management Group, LLC (3031); FMP-Fresh Payroll, LLC (8962); FMP-Ovation Payroll, LLC (1728); and Alamo Buffets Payroll, LLC (0998). The Debtors' principal offices are located at: 2338 N. Loop 1604 W., Suite 350, San Antonio TX, 78248, United States.

**Notice of Entry of Confirmation Order**                                        pg. 1

**PLEASE TAKE NOTICE** that on December 20, 2021, the Court has entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming the Official Committee of Unsecured Creditors' First Amended Joint Chapter 11 Plan of Liquidation* (the "**Confirmation Order**") [Doc No. 587] with respect to confirmation of the Committee's *First Amended Joint Chapter 11 Plan of Liquidation* [Doc No. 498] (the "**Plan**") and its *First Amended Disclosure Statement in* Support of the Official Committee of Unsecured Creditors' First Amended Joint Chapter 11 Plan of Liquidation (the "**Disclosure Statement**") [Doc No. 499, corrected at 502]. Copies of the Plan and Confirmation Order may be obtained from undersigned counsel.

Dated:  December 22, 2021.                    Respectfully submitted,

                                              */s/ Carolyn J. Johnsen*
                                              Carolyn J. Johnsen
                                              Texas Bar No. 19844600
                                              **DICKINSON WRIGHT PLLC**
                                              1850 North Central Avenue
                                              Suite 1400
                                              Phoenix, Arizona 85004
                                              Telephone:  (602) 285-5040
                                              Facsimile:   (844) 670-6009
                                              cjjohnsen@dickinsonwright.com
                                              *Attorneys for the*
                                              *Official Committee of*
                                              *Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that Notice of this document was electronically filed and served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on December 22, 2021.

                                              */s/ Carolyn J. Johnsen*
                                              Carolyn J. Johnsen

4881-1238-6567 v1 [97257-1]

**Notice of Entry of Confirmation Order**                                      pg. 2